IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JUDY C. WATSON and<br>JAMES DARWIN CARTER,<br><br>       Plaintiffs,<br>v.<br><br>GREAT NORTHERN INSURANCE<br>COMPANY and ALAN TAYLOR,<br><br>       Defendants. | *<br><br>*<br><br>Case No.   7:22-CV-41(HL)<br>*<br><br>*<br><br>* |

## JUDGMENT

Pursuant to this Court's Order dated March 30, 2023, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Lowndes County, Georgia.

This 30th day of March, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk